THE STATE OF LOUISIANA *v.* C. D. POTTER, et al.

Where there is no bill of exceptions in the record, and no assignment of error apparent on the face of the record, the judgment of the District Court will be affirmed.

APPEAL from the First District Court of New Orleans, *Robertson*, J.
*Isaac E. Morse*, Attorney General, for plaintiff. *O'Neal*, for defendants, appellants.

VOORHIES, J. The defendant was convicted of manslaughter, and sentenced to five years' imprisonment at hard labor, and to a fine. He has appealed from that judgment.

On the trial of the cause in the court below, no bills of exception appear to have been signed. And in this court the appellants' counsel has made no assignment of errors of law apparent upon the face of the record, nor made any points or argument. We have been unable to perceive any error of law apparent on the face of the proceedings.

It is therefore ordered, that the appeal be dismissed.